## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CHARLIEMAY GIPSON AND**
**PLATINUM SPORTS BAR & RESTAURANT**                                    **PLAINTIFFS**

**v.**                          **CASE NO. 5:10CV00193 BSM**

**RICHARD MCCORVY, Individually, and in his**
**Official Capacity as a Police Officer of the City of**
**Pine Bluff et al.**                                                    **DEFENDANTS**

### ORDER OF DISMISSAL

Plaintiffs' motion to voluntarily dismiss their claims under Federal Rule of Civil

Procedure 41 [Doc. No. 14] is granted, and this case is hereby dismissed without prejudice.

Dated this 14th day of September 2011.

_____
UNITED STATES DISTRICT JUDGE