# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**CHARLIEMAY GIPSON AND**
**PLATINUM SPORTS BAR & RESTAURANT**                    **PLAINTIFFS**

**v.**                    **CASE NO. 5:10CV00193 BSM**

**RICHARD MCCORVY, Individually, and in his**
**Official Capacity as a Police Officer of the City of**
**Pine Bluff et al.**                    **DEFENDANTS**

## <u>ORDER OF DISMISSAL</u>

Plaintiffs' motion to voluntarily dismiss their claims under Federal Rule of Civil

Procedure 41 [Doc. No. 14] is granted, and this case is hereby dismissed without prejudice.

Dated this 14th day of September 2011.

_____
UNITED STATES DISTRICT JUDGE